# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Valerie A. Priser, | ) | **JUDGMENT OF DISMISSAL** |
| | ) | **IN A CIVIL CASE** |
| Plaintiff, | ) | |
| | ) | CV-13-00307-TUC-JGZ |
| v. | ) | |
| | ) | |
| Financial Recovery Services Inc., | ) | |
| | ) | |
| Defendant(s). | ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated July 22, 2013, this case is dismissed with prejudice, each party to bear its own attorney's fees and costs.

BRIAN D. KARTH
District Court Executive/Clerk

July 22, 2013

s/ A. Smith
By: A. Smith, Deputy Clerk